# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2020

160831

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

KARLOS RHODES,
      Defendant-Appellant.

SC: 160831
COA: 350560
Wayne CC: 93-001929-FC

_____/

      On order of the Court, the application for leave to appeal the November 20, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



b1214

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020



Clerk